# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Chen, Edward M. | 2. Court or Organization<br><br>U.S. District Court, N.D. Cal. | 3. Date of Report<br><br>08/09/2013 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; *magistrate judges indicate full- or part-time*)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>1/1/2012<br>to<br>12/31/2012 |
|---|---|---|

**7. Chambers or Office Address**

U.S. Federal Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Employee | Trust #2 |
| 2.   Trustee | Trust #2 |
| 3.   Trustee | Trust #3 |
| 4.   Trustee | Trust #4   ) |
| 5.   Trustee | Trust #5 |
| 6.   Trustee | Trust #8 |
| 7.   Trustee | Trust #16 |
| 8.   Trustee | Trust #17 |
| 9.   Trustee | Trust #18 |
| 10.   Trustee | Trust #19   ) |
| 11.   Trustee | Trust #20 |
| 12.   Officer & Director | Realty Co. #1 |
| 13.   Manager | Limited Liability Co. #1 ( |
| 14.   Manager | Limited Liability Co. #2 ( |
| 15.   Manager | Limited Liability Co. #3 |
| 16.   Manager | Limited Liability Co. #4 |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/09/2013 |

| | | |
|---|---|---|
| 17. Manager | | Limited Liability Co. #5 |
| 18. Manager | | Limited Liability Co. #6 |
| 19. Manager | | Limited Liability Co. #7 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1991 | ACLU Employees - Defined Benefit Pension Plan, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Trust #2 (salary) | $23,436.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Classic Resorts; commission from condominium rental |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Hawaii | 8/20/2012 | Honolulu, HI | January Term Instructor | Transportation, Lodging, Food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | Mortgage on condominium investment | M |
| 2. | Wells Fargo Bank | Mortgage on condominium investment | N |
| 3. | American Savings Bank | Co-signer on mortgage condominium investment | O |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #2 (Trustee) | A | Rent | P1 | U | | | | | |
| 2. | | Interest | | | | | | | |
| 3. -Interfamily note (from Trust #8) | | | | | | | | | |
| 4. -Shares of Cooperative Apartment (San Francisco, CA) | | | | | | | | | |
| 5. -Bank of America (accounts) | | | | | | | | | |
| 6. -First Republic Bank (account) | | | | | | | | | |
| 7. -Sterling Bank & Trust (account) | | | | | | | | | |
| 8. -Aegon NV stock | | | | | | | | | |
| 9. -Hilton Hotels stock | | | | | | | | | |
| 10. -California State bonds | | | | | | | | | |
| 11. -Gateway Bank | | | | | | | | | |
| 12. -R.E. Loans, LLC (account) | | | | | | | | | |
| 13. -East-West Bank (accounts) | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. Limited Liability Company #1 | G | Rent | J | U | Donated | 12/31/12 | O | A | Trust #19 |
| 16. | | Interest | | | | | | | |
| 17. | | | | | Donated | 12/31/12 | M | A | Trust #20 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Commercial Building #9 (San Francisco, CA) | | | | | | | | | |
| 19. -Commercial Building #10 (San Francisco, CA) | | | | | | | | | |
| 20. -Bank of America (accounts) | | | | | | | | | |
| 21. -First Republic Bank (account) | | | | | | | | | |
| 22. -Sterling Bank & Trust (account) | | | | | | | | | |
| 23. -East-West Bank (account) | | | | | | | | | |
| 24. -Commercial Condominium (San Francisco) | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. Limited Partnership #3 | A | Rent | L | U | Donated | 12/31/12 | N | A | Trust #20 |
| 27. | | Interest | | | | | | | |
| 28. -Commercial Property #3 (San Francisco, CA) | | | | | | | | | |
| 29. -Bank of America (accounts) | | | | | | | | | |
| 30. -First Republic Bank (account) | | | | | | | | | |
| 31. -Condominium #1 (Kohala Coast, HI) | | | | | | | | | |
| 32. -El Dorado Hospitality, LLC | | | | | | | | | |
| 33. -Commercial Property (Salt Lake City, UT) | | | | | | | | | |
| 34. -Sterling Bank & Trust (account) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Gateway Bank (account) | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. Limited Partnership #5 | E | Rent | N | U | | | | | |
| 38. | | Interest | | | | | | | |
| 39. -Commercial Property #4 (Sacramento, CA) | | | | | | | | | |
| 40. -Bank of America (accounts) | | | | | | | | | |
| 41. -First Republic Bank (account) | | | | | | | | | |
| 42. -East-West Bank (account) | | | | | | | | | |
| 43. -Gateway Bank (account) | | | | | | | | | |
| 44. -Sterling Bank & Trust (account) | | | | | Open | 7/16/12 | L | | |
| 45. -Limited Liability Company #2 | | | | | | | | | |
| 46. -Commercial Property #8 (San Rafael, CA) | | | | | | | | | |
| 47. -Bank of America (account) | | | | | | | | | |
| 48. -Wells Fargo Bank (account) | | | | | | | | | |
| 49. -First Republic Bank (account) | | | | | | | | | |
| 50. -Sterling Bank & Trust (account) | | | | | | | | | |
| 51. -East-West Bank (account) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Gateway Bank (account) | | | | | | | | | |
| 53. | | | | | | | | | |
| 54. Limited Liability Co. #5 | F | Rent | J | U | Donated | 12/31/12 | N | A | Trust #20 |
| 55. | | Interest | | | | | | | |
| 56. -Commercial Property #1 (San Francisco, CA) | | | | | | | | | |
| 57. -Bank of America (accounts) | | | | | | | | | |
| 58. -First Republic Bank (account) | | | | | | | | | |
| 59. -Sterling Bank & Trust (account) | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. Limited Liability Co. #3 | D | Rent | J | U | Donated | 12/31/12 | O | A | Trust #20 |
| 62. | | Interest | | | | | | | |
| 63. -Commercial Property #7 (Sacramento, CA) | | | | | | | | | |
| 64. -Bank of America (accounts) | | | | | | | | | |
| 65. -First Republic Bank (account) | | | | | | | | | |
| 66. -Limited Liability Company #2 | | | | | | | | | |
| 67. -East-West Bank (account) | | | | | | | | | |
| 68. -Sterling Bank & Trust (account) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Gateway Bank (account) | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. Realty Co. #1_____ (stock) | A | Dividend | N | U | | | | | |
| 72. | | Distribution | | | | | | | |
| 73. -Bank of America (accounts) | | | | | | | | | |
| 74. -Sterling Bank & Trust (account) | | | | | | | | | |
| 75. -East-West Bank (account) | | | | | | | | | |
| 76. -Note_____ | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. Bay Area Hotel Associates Limited Partnership | D | Dividend | J | W | | | | | |
| 79. | | | | | | | | | |
| 80. Life Insurance Policies - New York Life Ins. Co. | A | Interest | J | T | | | | | |
| 81. | | | | | | | | | |
| 82. Trust #4 (Trustee only) | A | Rent | P1 | U | | | | | |
| 83. | | Interest | | | | | | | |
| 84. -Limited Partnership #3_____ | | | | | | | | | |
| 85. _____ | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Limited Partnership #5 | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. -Limited Liability Company #1 | | | | | | | | | |
| 89. -Limited Partnership #1 | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. -Limited Liability Co. #5 | | | | | | | | | |
| 92. -Bank of America (accounts) | | | | | | | | | |
| 93. -Limited Liability Company #7 | | | | | | | | | |
| 94. -Commercial Property #8 (Sacramento, CA) | | | | | | | | | |
| 95. -Bank of America (accounts) | | | | | | | | | |
| 96. -Gateway Bank (account) | | | | | Closed | 6/8/12 | M | A | |
| 97. -Sterling Bank & Trust (account) | | | | | | | | | |
| 98. -Limited Liability Company #3 | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. -Sterling Bank & Trust (account) | | | | | | | | | |
| 101. -First Republic Bank (accounts) | | | | | | | | | |
| 102. -El Dorado Hospitality, LLC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -BST Hospitality, LLC | | | | | | | | | |
| 104. -Bank of America (account) | | | | | | | | | |
| 105. -East-West Bank (account) | | | | | | | | | |
| 106. -Commercial Condominium (San Francisco) | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. Trust #5 (Co-Trustee only) | A | Rent | O | U | | | | | |
| 109. | | Interest | | | | | | | |
| 110. -Limited Liability Company #3 | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. -Limited Liability Company #7 | | | | | | | | | |
| 113. -Limited Partnership #2 | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. -Commercial Property #2 (San Francisco, CA) | | | | | | | | | |
| 116. -Bank of America (accounts) | | | | | | | | | |
| 117. -First Republic Bank (account) | | | | | | | | | |
| 118. -Sterling Bank & Trust (account) | | | | | | | | | |
| 119. -R.E. Loans, LLC (account) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Morgan Stanley Note | | | | | Redeemed | 8/24/12 | N | | |
| 121. -East-West Bank (accounts) | | | | | | | | | |
| 122. -J.P. Morgan Chase (bond) | | | | | Buy | 8/24/12 | L | | |
| 123. -Gateway Bank (accounts) | | | | | | | | | |
| 124. -Bank of America (account) | | | | | | | | | |
| 125. -Sterling Bank & Trust (account) | | | | | | | | | |
| 126. -First Republic Bank (account) | | | | | | | | | |
| 127. -Gateway Bank (account) | | | | | | | | | |
| 128. -East-West Bank (account) | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. Merrill Lynch - IRA | A | Dividend | M | T | | | | | |
| 131. -Account - Merrill Lynch | | | | | | | | | |
| 132. -Calvert Social Investment Fund Balanced Portfolio | | | | | | | | | |
| 133. -Calvert Global Alt | | | | | Sold | 5/29/12 | J | C | |
| 134. -Davis NY Venture Fund B | | | | | Sold | 5/29/12 | J | C | |
| 135. -Ariel Appreciation Fund | | | | | | | | | |
| 136. -Pimco All Asset | | | | | Buy | 5/29/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Columbia International Stock Fund | | | | | Sold | 5/29/12 | J | C | |
| 138. -Franklin U.S. Government Series Class A | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. Merrill Lynch - IRA | A | Dividend | K | T | | | | | |
| 141. -Account - Merrill Lynch | | | | | | | | | |
| 142. -Calvert Social Investment Fund Balanced Portfolio | | | | | | | | | |
| 143. -Calvert Global Alt | | | | | Sold | 5/29/12 | J | C | |
| 144. -Davis NY Venture Fund B | | | | | Sold | 5/29/12 | J | C | |
| 145. -Ariel Appreciation Fund | | | | | Sold | 5/29/12 | J | C | |
| 146. -Columbia International Stock Fund | | | | | Sold | 5/29/12 | J | C | |
| 147. -Pimco All Asset | | | | | Buy | 5/29/12 | J | | |
| 148. -Franklin U.S. Government Series Class A | | | | | | | | | |
| 149. -Calvert Enhance Equity | | | | | Buy | 6/1/12 | K | | |
| 150. | | | | | | | | | |
| 151. Lincoln Financial Group (403(b)) | A | Dividend | K | T | | | | | |
| 152. - LVIP UBS Global Asset Allocation | | | | | | | | | |
| 153. -LVIP Delaware Social Awareness | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. Bank of America (accounts) | E | Interest | M | T | | | | | |
| 156. | | | | | | | | | |
| 157. Sterling Bank & Trust (accounts) | A | Interest | K | T | | | | | |
| 158. | | | | | | | | | |
| 159. First Republic Bank (accounts) (erroneously included in | C | Interest | M | T | Closed | 11/15/11 | M | A | |
| 160. 2012 Report) | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. Gateway Bank (accounts) (erroneously omitted from | A | Interest | N | T | | | | | |
| 163. 2012 Report) | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. Trust #3 (Revocable trust - all income and assets | | | | | | | | | |
| 166. already reported herein) | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. Trust #16 (Trustee only) | F | Rent | P1 | U | | | | | |
| 169. | | Interest | | | | | | | |
| 170. -Limited Partnership #2▮▮▮ | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. -Bank of America (account) | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. Limited Liability Co. #4 | D | Rent | M | U | | | | | |
| 175. | | Interest | | | | | | | |
| 176. -Limited Partnership #1 | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. -Limited Partnership #2 | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. -Limited Partnership #3 | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. -Limited Partnership #5 | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. -Bank of America (account) | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. Condominium #2 (Kohala Coast, HI) | A | Rent | M | W | | | | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Condominium #3 (Kohala Coast, HI) | A | Rent | K | W | | | | | |
| 189. | | | | | | | | | |
| 190. Condominium (Honolulu, HI) | A | Rent | | | Sold | 5/10/12 | O | A | Anthony & Cecily Sargent |
| 191. | | | | | | | | | |
| 192. Limited Liability Co. #6 ( | G | Rent | M | U | Donated | 12/31/12 | M | A | Trust #20 |
| 193. | | Interest | | | | | | | |
| 194. -Condominium #4 (Kohala Coast, HI) | | | | | | | | | |
| 195. -Provident Credit Union (account) | | | | | | | | | |
| 196. -Ally Bank (account) | | | | | | | | | |
| 197. -Bank of America (accounts) | | | | | | | | | |
| 198. -First Republic Bank (accounts) | | | | | | | | | |
| 199. -East-West Bank (account) | | | | | | | | | |
| 200. -Condominium #5 (Maui, HI) | | | | | | | | | |
| 201. -Commercial Condominium (San Francisco) | | | | | | | | | |
| 202. -Sterling Bank (account) | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. Limited Liability Co. #7 | A | Rent | P1 | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. (Manager only) | | Interest | | | | | | | |
| 206. | | | | | | | | | |
| 207. BST Hospitality, LLC | A | Dividend | N | U | | | | | |
| 208. | | | | | | | | | |
| 209. Trust #17 | A | Interest | O | U | | | | | |
| 210. -East-West Bank (account) | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. Trust #18 | A | Interest | O | U | | | | | |
| 213. -East-West Bank (account) | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. Trust #19 | A | Rent | O | U | Open | 12/31/12 | O | | Trust #3 |
| 216. | | Interest | | | | | | | |
| 217. -Limited Liability Co. #1 | | | | | | | | | |
| 218. -Bank of America (account) | A | Interest | J | T | Open | 12/31/12 | J | | |
| 219. | | | | | | | | | |
| 220. Trust #20 | A | Rent | P1 | U | Open | 12/31/12 | P1 | | Trust #3 |
| 221. | | Interest | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.　-Limited Liability Co. #1 | | | | | | | | | |
| 223.　-Limited Partnership #3 | | | | | | | | | |
| 224.　-Limited Liability Co. #5 | | | | | | | | | |
| 225.　-Limited Liability Co. #6 | | | | | | | | | |
| 226.　-Limited Liability Co. #3 | | | | | | | | | |
| 227.　-Bank of America (account) | A | Interest | J | T | Open | 12/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward M. Chen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544